# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| RAND J. HOOKS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:23-cv-00015-SLG |
| | ) | |
| STATE OF ALASKA | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is dismissed with prejudice.  Defendant, State of Alaska, is awarded $1,350.00 in attorney fees from the Plaintiff.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: March 7, 2023

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Brian D. Karth**
Brian D. Karth
Clerk of Court